**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GREATER-BIRMINGHAM ALLIANCE TO STOP POLLUTION, et al., | |
| *Plaintiffs*, | |
| v. | Civil Action No. 1:25-cv-04469-CRC |
| DONALD TRUMP, et al., | |
| *Defendants*. | |

**NOTICE OF COUNSEL'S CHANGE OF ADDRESS**

Pursuant to Local Civil Rule 83.15(c), Counsel for Plaintiffs Citizens for Pennsylvania's Future, Hoosier Environmental Council, Just Transition Northwest Indiana, and Sierra Club hereby notifies the Court of a change in attorneys' office address to the address set forth below. Please update the docket in the above-captioned case to reflect this address change.

DATED: February 19, 2026

Respectfully Submitted,

/s/ *Tosh Sagar*
Tosh Sagar (D.D.C. Bar No. D00497)
Earthjustice
1250 I *(Eye)* St NW, Fourth Floor
Washington DC 20005
Tel: (202) 793-2075
tsagar@earthjustice.org

*Counsel for Plaintiffs Citizens for Pennsylvania's Future, Hoosier Environmental Council, Just Transition Northwest Indiana, and Sierra Club*

1