**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GREATER-BIRMINGHAM ALLIANCE TO STOP POLLUTION, et al.,**<br><br>      **Plaintiffs,**<br>  v.<br><br>**DONALD TRUMP, et al.**<br><br>      **Defendants.** | Civil No. 1:25-cv-04469-CRC |
| **MINNESOTA CENTER FOR ENVIRONMENTAL ADVOCACY, et al.,**<br><br>      **Plaintiffs,**<br>  v.<br><br>**DONALD TRUMP, et al.**<br><br>      **Defendants.** | Civil No. 1:26-cv-00287-CRC |
| **CLEANAIRE NC, et al.,**<br><br>      **Plaintiffs,**<br>  v.<br><br>**DONALD TRUMP, et al.**<br><br>      **Defendants.** | Civil No. 1:26-cv-00233-CRC |

### NOTICE OF UNITED STATES' MOTION TO CONSOLIDATE CASES, DESIGNATE LEAD CASE, AND PLACE REMAINING CASES IN ABEYANCE

The United States hereby provides notice that it has filed a motion to consolidate this case with *t.e.j.a.s., et al., v. Trump, et al.*, 1:25-cv-03745-CRC (D.D.C.), and place this case in abeyance. Plaintiffs have stated that they oppose that motion and will file a timely opposition.

A copy of the motion as filed is attached to this notice.

Dated: February 20, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

ROBERT N. STANDER
Deputy Assistant Attorney General
Environment & Natural Resources Division

HALI KERR
Attorney-Advisor
EPA Office of General Counsel
Washington, DC

/s/ *DanielJMartin*
DANIEL J. MARTIN
LAURA J. BROWN
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-1869
Daniel.Martin3@usdoj.gov