**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TEXAS ENVIRONMENTAL JUSTICE ADVOCACY SERVICES, et al.,** | |
| **Plaintiffs,** | |
| **v.** | |
| **DONALD TRUMP, et al.** | Civil No. 1:25-cv-03745-CRC |
| **Defendants.** | |
| **GREATER-BIRMINGHAM ALLIANCE TO STOP POLLUTION, et al.,** | |
| **Plaintiffs,** | |
| **v.** | |
| **DONALD TRUMP, et al.** | Civil No. 1:25-cv-04469-CRC |
| **Defendants.** | |
| **MINNESOTA CENTER FOR ENVIRONMENTAL ADVOCACY, et al.,** | |
| **Plaintiffs,** | |
| **v.** | |
| **DONALD TRUMP, et al.** | Civil No. 1:26-cv-00287-CRC |
| **Defendants.** | |
| **CLEANAIRE NC, et al.,** | |
| **Plaintiffs,** | |
| **v.** | |
| **DONALD TRUMP, et al.** | Civil No. 1:26-cv-00233-CRC |
| **Defendants.** | |

- 10 -

## [PROPOSED] ORDER

This matter comes before the Court on the United States' Motion to Consolidate *t.e.j.a.s. et al., v. Trump*, *et al.*, 1:25-cv-03745-CRC (D.D.C.), *Greater-Birmingham Alliance to Stop Pollution et al., v. Trump, et al.*, 1:25-cv-04469-CRC (D.D.C.), *Minnesota Center for Environmental Advocacy et al., v. Trump, et al.*, 1:26-cv-00287-CRC (D.D.C.), and *CleanAire NC, et al. v. Trump, et al.*, 1:26-cv-00233-CRC (D.D.C.), and place *GBASP*, *MCEA*, and *CleanAire* in abeyance.

Upon consideration of the Motion, it is hereby ORDERED that Defendants' Motion is GRANTED. The above-listed cases are hereby CONSOLIDATED. *GBASP*, *MCEA*, and *CleanAire* are hereby placed in abeyance pending further order of the Court. All deadlines in *t.e.j.a.s.* remain as ordered by the Court on February 10, 2026. All deadlines in *GBASP*, *MCEA*, and *CleanAire* are stayed.

IT IS SO ORDERED.


Dated: _____, 2026




_____
**The Honorable Christopher R. Cooper**
**United States District Judge**