IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | |
| GREATER-BIRMINGHAM ALLIANCE TO ) | |
| STOP POLLUTION, et al., ) | |
| ) | |
| *Plaintiffs*, ) | Civil Action No. 1:25-cv-04469-CRC |
| ) | |
| v. ) | |
| ) | |
| DONALD TRUMP, President of the United ) | |
| States, in his official capacity, et al., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Greater-Birmingham Alliance to Stop Pollution, Clean Air Council, Environmental Law and Policy Center, Citizens for Pennsylvania's Future, Sierra Club, Just Transition Northwest Indiana, Hoosier Environmental Council, and Natural Resources Defense Council (collectively "Plaintiffs")*,* pursuant to Federal Rule of Civil Procedure 56, respectfully move this Court for an order entering summary judgment for Plaintiffs in the above-captioned matter. In support of this motion, Plaintiffs submit the attached memorandum of law and accompanying declarations. Plaintiffs further request that the Court schedule an oral hearing as soon as possible after this motion is fully briefed.

1

DATED: February 27, 2026

Respectfully submitted,

/s/ Tosh Sagar
Tosh Sagar (D.C. Bar No. 1562693)
Sage Lincoln (Pro Hac Vice, D.C. Bar No. 90042038)
Earthjustice
1250 I Street NW, 4th Floor
Washington, DC 20005
Tel: (202) 793-2075
tsagar@earthjustice.org
slincoln@earthjustice.org

*Counsel for Citizens for Pennsylvania's Future, Hoosier Environmental Council, Just Transition Northwest Indiana, and Sierra Club*

/s/ Shampa Panda
Shampa Panda (D.C. Bar No. 90030605)
Sarah A. Buckley (D.C. Bar No. 90035401)
Natural Resources Defense Council, Inc.
1152 15th St. NW, Suite 300
Washington, D.C. 20005
Tel: (202) 836-9333
Tel: (202) 836-9555
spanda-bryant@nrdc.org
sbuckley@nrdc.org

*Counsel for Natural Resources Defense Council*

/s/ Brian Lynk
Brian Lynk (D.C. Bar No. 459525)
Environmental Law & Policy Center
740 15th St. NW, Suite 700
Washington, D.C. 20005
Tel: 240-461-4241
blynk@elpc.org

*Counsel for Environmental Law & Policy Center*

*/s/* Jaclyn Brass (Pro Hac Vice)
Jaclyn Brass (Ala. Bar No. ASB-5340-B19L)
Christina Tidwell (Ala. Bar No ASB-9696-D10R)
Southern Environmental Law Center
2829 2nd Avenue S, Suite 282
Birmingham, AL 35233
Tel: 205-745-3060
Jbrass@selc.org
Ctidwell@selcal.org

Keri N. Powell (D.C. Bar No. 477045)
Southern Environmental Law Center
Ten 10th Street NW, Suite 1050
Atlanta, GA 30309
Tel: 678-433-6851
Kpowell@selc.org

*Counsel for Greater-Birmingham Alliance to Stop Pollution*

/s/ Haley Lewis (Pro Hac Vice)
Haley Lewis (AL Bar No. ASB-1008-R66I)
888 17th Street, NW, Suite 810
Washington, DC 20006
Tel: (202) 263-4449
hlewis@environmentalintegrity.org

Abel Russ (D.C. Bar No. 1007020)
888 17th Street, NW, Suite 810
Washington, DC 20006
Tel: (802) 482-5379

aruss@environmentalintegrity.org
*Counsel for Greater-Birmingham Alliance to Stop Pollution and Clean Air Council*

2