Rev. 11/2020

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

GREATER BIRMINGHAM ALLIANCE
TO STOP POLLUTION, ET AL

      Plaintiff

      vs.

DONALD TRUMP, ET AL

      Defendant

Civil No.      25-4469   (PLF)

Category  C

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on ___4/1/2026___ from Judge Christopher R. Cooper

to _Judge Paul L. Friedman_ by direction of the Calendar Committee.

(Case Transferred by Consent)

JUDGE RUDOLPH CONTRERAS

Chair, Calendar and Case
Management Committee

cc:    Judge Christopher R. Cooper    & Courtroom Deputy

Judge Paul L. Friedman    & Courtroom Deputy
Liaison, Calendar and Case Management Committee